BENJAMIN FEIDEL, Respondent, v. WILLIAM SPIEGEL, Appellant.—

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.